# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

LOREN WICKER,

      Plaintiff,

                                 Case No. 05-70622

v.

                                 Honorable Arthur J. Tarnow

PATRICIA CARUSO, et al.,        United States District Judge

      Defendants.                Magistrate Judge Donald A. Scheer

_____/

## JUDGMENT

In accordance with the Order entered on this day, August 3, 2005,

**IT IS ORDERED AND ADJUDGED** that this case shall be **DISMISSED**.

Dated at Detroit, Michigan, this 3rd day of August, 2005.

                                    DAVID J. WEAVER
                                    CLERK OF THE COURT

                            BY: **Theresa E. Taylor**
                                    **Deputy Clerk**

**Approved:**


/s/Arthur J. Tarnow
**ARTHUR J. TARNOW**
**UNITED STATES DISTRICT JUDGE**